Janet M. Herald
Regional Solicitor
Daniel J. Chasek
Associate Regional Solicitor
Susan Seletsky, Counsel for FLSA
**Luis A. Garcia, Senior Trial Attorney** (CSBN #146876)
Office of the Solicitor (MMS#1500223)
United States Department of Labor
350 South Figueroa Street, Suite 370
Los Angeles, California 90071-1202
  Telephone: (213) 894-2681
  Facsimile:  (213) 894-2064
  garcia.luis.a@dol.gov
Attorneys for the Plaintiff
Secretary of Labor

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| **THOMAS E. PEREZ**, Secretary of Labor, United States Department of Labor,<br><br>Petitioner,<br><br>v.<br><br>**SAFEWAY TOWING SERVICES, INC.,** a California corporation, doing business as **BOB'S TOWING,**<br><br>Respondent. | Case No.: 2:15-mc-00225-DDP-JPRx<br><br>**ORDER TO SHOW CAUSE ON SECRETARY OF LABOR'S PETITION TO ENFORCE ADMINISTRATIVE SUBPOENA** *DUCES TECUM* |

Petitioner, Thomas E. Perez, Secretary of Labor, U.S. Department of Labor, has applied to this Court for an Order requiring Respondent Safeway Towing Services, Inc., a California corporation d.b.a. Bob's Towing ("Respondent" or "Safeway") to produce the records, papers and documents set forth in an administrative subpoena *duces tecum* issued by Regional Administrator, Wage and Hour Division, U.S. Department of Labor, and duly served upon the Respondents  Having considered the matters set forth in the Petitioner's pleadings herein, it is hereby,

1  **ORDERED** that Respondent appear and SHOW CAUSE, if any there be, why Respondent should not be ordered by this Court to comply with the administrative subpoena *duces tecum* issued to Respondent by the Regional Administrator, Wage and Hour Division, U.S. Department of Labor; and it is further

**ORDERED** that Respondent serve and file with the Clerk of this Court, no later than **September 1, 2015** a response to the Petition, specifically admitting or denying each allegation of the Petition, and setting forth the cause, if any there be, why the Petition should not be granted; and it is further

**ORDERED** that Respondent appear at a **hearing to be held on the Petition on Monday, September 21, 2015, at 10:00 a.m.,** in Courtroom Number 3, located at the United States Federal Courthouse, 312 North Spring Street, 2nd Floor, Los Angeles, California 90012, and it is further

**ORDERED** that an Investigator from the Wage and Hour Division, U.S. Department of Labor, shall forthwith serve copies of this Order to Show Cause and a copy of the Petition and supporting documents on Respondent or its designated agent for service; and it is further

**ORDERED** that the statute of limitations is tolled as of May 14, 2014, the first date of the investigation of Respondent by the Wage and Hour Division, until the Secretary notifies the Court that Respondent has complied with the administrative subpoena *duces tecum*.

Dated: August 14, 2015

HON. DEAN S. PREGERSON
UNITED STATES DISTRICT JUDGE